01-15-00678-CV

Filed on 8/6/2015 11:23:32 AM

# OFFICE OF STAN STANART
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 11:26:29 AM
CHRISTOPHER A. PRINE
Clerk

August 6, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1050770
Trial Court Number: Four (4)

**Style:**

| MARCUS LAVERGNE | VS. | DMV AND TIKESHIA LAVERGNE |
|---|---|---|
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** ROBERTA LLOYD

**Appellant(s) Attorney:**
Marcus Lavergne, Pro Se
143 Evanston
Houston, Texas 77015
Phone: (281) 948-3744
Fax: N/A
E-Mail: N/A

**Appellee(s) Attorney:**
DMV:
Sarah I. Swanson, No. 24036823
4000 Jackson Avenue
Austin, Texas 78731
Phone: (512) 465-1286
Fax: (512) 467-5936
E-Mail: Sarah.Swanson@txdmv.gov

Tikeshia Lavergne:
Steve Touchy, No. 20151100
15840 FM 529, Suite 280
Houston, Texas 77095
Phone: (281) 858-0700
Fax: (281) 858-0720
E-Mail: stevetouchy@yahoo.com

Marcus Lavergne, appellant, filed a Notice of Appeal on August 3, 2015 from the Final Judgment that was signed on July 8, 2015.

The Clerk's Record is due to your office on or before September 7, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525

Houston, TX 77251-1525
(713) 755-6421

CCCL-2015-267412

CASE NO. 1050770

COURT NO. 4

PLAINTIFF: Marcus Lavergne

VS.

DEFENDANT: DMV and Tikeshia Lavergne

This appeal is being filed due to the Judgement that was made on 7/6/2015.

The official notice never made it to the plantiff as it was sent to an outdated mailing address. Requesting new trial.

DATE: August 3 2015

SIGNATURE: Marcus Lavergne

PRINT NAME: Marcus Lavergne

ADDRESS: 143 Evanston Tx 77015
(STREET) (CITY) (ZIP)
(STATE)

PHONE: 281 - 948 - 3744

Form No. H-01-60 (Rev. 01/01/2011)

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blackouts, additions and changes were present at the time the instrument was filed and recorded.

2015 AUG -3 AM 8:14 FILED
COUNTY CLERK TEXAS



## "CLOSED"

NO. 1050770

| | |
|---|---|
| MARCUS D. LAVERGNE<br>Plaintiff, | §    IN THE COUNTY CIVIL COURT<br>§<br>§ |
| V. | §    AT LAW NUMBER FOUR (4) OF<br>§ |
| TEXAS DEPARTMENT OF MOTOR<br>VEHICLES AND TIKESHIA<br>RACQUEL LAVERGNE<br>Defendant. | § <br>§ <br>§ <br>§    HARRIS COUNTY, TEXAS |

### FINAL JUDGMENT

This case came on for trial on July 6, 2015. Marcus D. Lavergne and the Texas Department of Motor Vehicles failed to appear although previously having made an appearance herein and having been duly notified of the trial date scheduled herein. A jury was not requested, and the Court decided all fact questions.

The Court has considered the pleadings and official records on file in this cause, the evidence, and the parties' arguments, and the Court renders the following judgment:

1. **IT IS ORDERED, ADJUDGED AND DECREED** that on the claims filed herein by the Plaintiff and against the Defendant, Tikeshia Racquel Lavergne, the Court finds in favor of Defendant, Tikeshia Racquel Lavergne, and against Plaintiff, Marcus D. Lavergne, and Plaintiff, Marcus D. Lavergne, takes nothing against Defendant, Tikeshia Racquel Lavergne.

2. **IT IS ORDERED, ADJUDGED AND DECREED** that on the Defendant's, Tikeshia Racquel Lavergne's, counterclaim of Title to Vehicle, the Court finds in favor of Defendant, Tikeshia Racquel Lavergne, and against Plaintiff, Marcus D. Lavergne, and awards title, possession and ownership of the **2004 Lexus LS400 automobile bearing Vehicle Identification Number JTHBN36FX40126734, License Plate # BK7G202** to Tikeshia Racquel Lavergne. **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon

**4**

request of Tikeshia Racquel Lavergne, receipt of properly executed application forms and documentation required by the department, together with receipt of applicable fees, that the Texas Department of Motor Vehicles shall issue a Texas Certificate of Automobile Title of said vehicle to Tikeshia Racquel Lavergne.

3.  **IT IS FURTHER ORDERED** that all costs of court are hereby taxed against Plaintiff.

**IT IS FINALLY ORDERED** that any party in favor of whom judgment is awarded is entitled to enforce this judgment through abstract, execution and any other process necessary.

This judgment finally disposes of all parties and all claims and is appealable.

**SIGNED** on ___July 8___, 2015.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Steve Touchy, TBA 20151100
Attorney for Defendant Tikeshia Racquel Lavergne
Email:  stevetouchy@yahoo.com
15840 FM 529, Suite 280
Houston, Texas 77095
Tel. (281) 858-0700
Fax. (281) 858-0720

FILED
2015 JUL -8 PM 1:59
COUNTY CLERK
HARRIS COUNTY, TEXAS

5

# STEVE TOUCHY

## Attorney At Law

15840 FM 529, SUITE 280

HOUSTON, TEXAS 77095

Tel. 281.858.0700                                    Fax. 281.858.0720

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Stephanie | Steve Touchy |
| COMPANY: | DATE: |
| Court Coordinator | 7/7/15 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| (713) 368 7131 | 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |
| Final Judgment | |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Cause No. # 1050770

NOTICE: THIS FACSIMILE MESSAGE IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND IS TRANSMITTED FOR THE EXCLUSIVE INFORMATION AND USE OF THE ADDRESSEE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE ADMONISHED THAT THIS COMMUNICATION MAY NOT BE COPIED OR DISSEMINATED EXCEPT AS DIRECTED BY THE ADDRESSEE. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE COMMUNICATION TO US AT THE ADDRESS ABOVE.